UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 585 |
| vs. | ) | |
| STEVEN J. WILLS | ) | Violation: Title 18, United States Code, Section 641 |

MAGISTRATE JUDGE SCHENKIER

The UNITED STATES ATTORNEY charges:

### COUNT ONE

1. At times material to this information:

    a. The United States Railroad Retirement Board ("RRB"), an agency of the United States as defined in Title 18, United States Code, Section 6, administered the payment of benefits from the United States of America to eligible employees of railroads who qualified for such benefits under various programs, including the Unemployment Insurance benefit program, codified at Title 45, United States Code, Section 351 *et seq*.

    b. The Unemployment Insurance benefit program provided for the payment of unemployment benefits to eligible railroad employees.

    c. A railroad employee was eligible for Unemployment Insurance benefits if, among other things, he or she met certain railroad earnings requirements prior to becoming unemployed and, on any day for which he or she claimed such benefits, the employee was able and available to work but received no wages from either railroad or non-railroad employment.

    d. Defendant STEVEN J. WILLS was employed as a trainman with Illinois Railway, Inc., until on or about February 28, 2007, when he was terminated.

   e. On or about March 1, 2007, defendant WILLS began working for Industrial Railway Switching. Defendant continued to work at Industrial Railway Switching until on or about February 8, 2008.

  2. On or about March 19, 2007, defendant WILLS applied for Unemployment Insurance benefits from the RRB. In his application, in order to receive Unemployment Insurance benefits to which he knew he was not entitled, defendant falsely represented that he was not employed when he was in fact employed by Industrial Railway Switching. Unaware of these false representations, the RRB granted defendant's application and began to pay him Unemployment Insurance benefits.

  3. From in or about March 2007, and continuing until in or about November 2007, in order to receive Unemployment Insurance benefits to which he knew he was not entitled, defendant WILLS submitted semi-monthly claims for Unemployment Insurance benefits to the RRB in which he falsely certified that he had not worked for any person or company on any day for which he was claiming Unemployment Insurance benefits when, in fact, defendant worked for Industrial Railway Switching on numerous days on which he also claimed such benefits.

  4. Due to defendant's false representations, the RRB continued to pay Unemployment Insurance benefits to defendant until and including November 2007. As defendant was well aware, his employment at Industrial Railway Switching disqualified him from receiving such benefits.

5. From in or about March 2007, continuing to in or about November 2007, at Joliet, in the Northern District of Illinois, Eastern Division, and elsewhere,

STEVEN WILLS,

defendant herein, did steal, purloin, and knowingly convert to his own use money belonging to the United States in excess of $900, namely, funds administered by the United States Railroad Retirement Board as part of its Unemployment Insurance benefit program, which funds defendant was not entitled to receive;

In violation of Title 18, United States Code, Section 641.

*Patrick J. Fitzgerald* by KSP
UNITED STATES ATTORNEY