# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sidney I. Schenkier | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 585 - 1 | **DATE** | 7/29/2008 |
| **CASE TITLE** | United States of America vs. Steven Wills | | |

**DOCKET ENTRY TEXT**

The arraignment set for 7/31/08 is stricken and reset to 8/28/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|