# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Nan R. Nolan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 585 - 1 | **DATE** | 8/26/2008 |
| **CASE TITLE** | United States of America vs. Steven Willis | | |

**DOCKET ENTRY TEXT**

The arraignment set for 8/28/08 is reset to 9/3/08 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|