BR 

# United States District Court

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

UNITED STATES OF AMERICA

v.

Steven Willis

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 0585

I, Steven Willis, the above named defendant, who is accused of

**FILED**
SEP 3, 2008
SEP 0 3 2008

Magistrate Judge Sidney I. Schenkier
United States District Court

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 9/3/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer