# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 585 - 1 | **DATE** | 9/3/2008 |
| **CASE TITLE** | United States of America vs. Steven Wills | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to information filed on 7/23/08. Defendant informed of rights. By agreement of the parties, the defendant is released on a $4,500.00 own recognizance bond. Enter order setting conditions of release. Arraignment held. Enter waiver of indictment. Defendant waives formal reading of the information. Defendant enters plea of guilty to all counts in the information to which he is named. The Court enters a judgment of guilty as to count 1 of the information. Enter plea agreement. Any objections or motions for departure are to be filed by 11/28/08. Responses are to be filed by 12/5/08. Sentencing hearing is set for 12/22/08 at 9:00 a.m.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:45

| | | Courtroom Deputy Initials: | mm |
|---|---|---|---|